AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>ANTHONY T. DICKERSON<br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:21mj345<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 24, 2021_____ in the county of _____Okaloosa_____ in the _____Northern_____ District of _____Florida_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(a)(5) | -Unlawful interstate transfer of firearms |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____FBI Special Agent Christopher Myers_____
*Printed name and title*

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __9-27-21__            _____
                             *Judge's signature*

City and state:   _____Pensacola, Florida_____   _____Elizabeth M. Timothy, Chief U.S. Magistrate Judge_____
                                                   *Printed name and title*

RCV'D USDC FLND PN
SEP 27 '21 PM 12:07